**Order filed May 14, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00185-CV
_____

## HARRIS COUNTY PRECINCT 4 CONSTABLE'S OFFICE SERGEANT MARY HAVER AND DEPUTY JASON REESE IN THEIR INDIVIDUAL CAPACITIES, Appellant

## V.

## BARBARA COATS, ET AL, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2012-55551**

This is an interlocutory appeal from orders signed February 17, 2015 and February 27, 2015. On April 28, 2015, appellant Reese filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.1.

We order the appeal filed by Jason Reese **SEVERED** from this case and filed under a new appellate case number, 14-15-00427-CV, which will be styled *Harris County Precinct 4 Constable's Office Deputy Jason Reese, In His*

*Individual Capacity v. Coats*.[1] Reeve's motion to dismiss filed in case number 14-15-00185-CV is ordered transferred to and filed in case number 14-15-00427-CV. An order of dismissal will issue in case number 14-15-00427-CV.


PER CURIAM

---

[1] The appellees are Barbara Coats, Individually, as Personal Representative of the Estate of Jamail Amron, Deceased and as Heir to the Estate of Jamail Amron, Deceased; and Ali Amron, Individually and as Heir to the Estate of Jamail Amron, Deceased.